United States District Court
Southern District of Texas
**ENTERED**
September 15, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **HAI NGOC HOANG,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:25-CV-04240** |
| § | |
| **KRISTI NOEM,** *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

Before the Court is Petitioner Hai Ngoc Hoang's Motion for Order to Show Cause Pursuant to 28 U.S.C. § 2243 (ECF No. 3). Having considered the Motion, it is **DENIED.** The Court will consider the merits of Petitioner's Writ of Habeas Corpus after receiving Respondent's answer or other responsive pleading.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 12th day of September, 2025.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE