United States District Court
Southern District of Texas
**ENTERED**
October 15, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HAI NGOC HOANG.,** | § | |
| | § | |
| *Petitioner,* | § | |
| VS. | § | **CIVIL ACTION NO. 4:25-cv-4240** |
| | § | |
| **KRISTI NOEM, et. al.,** | § | |
| | § | |
| *Respondents*. | § | |
| | § | |

**ORDER**

Petitioner has filed a Response to Government's Motion for Summary Judgment. ECF 11. The Government shall file its reply no later than October 17, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 14th of October, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE